UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EZZIAL WILLIAMS,

                        Plaintiff,

    -against-

DAVID FRYERMUTH, et al.,

                        Defendants.

**ORDER**

23-CV-02156 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff, who is proceeding *pro se* and in forma pauperis, commenced this action on March 14, 2023. (Doc. 1). On December 3, 2024, Plaintiff filed a second amended complaint. (Doc. 60). Defendants' request for permission to move to dismiss Plaintiff's Second Amended Complaint was granted on December 16, 2024, and the Court entered a briefing schedule. (Doc. 64). On January 15, 2025, Defendants filed their motion to dismiss. (Doc. 65). Plaintiff's opposition was due by February 14, 2025. To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

    Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until March 24, 2025. Defendants' reply, if any, is due April 7, 2025.

    **If plaintiff fails to file his opposition by March 24, 2025 the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

    The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

                                                     **SO ORDERED**.

Dated:   White Plains, New York
          February 21, 2025

                                                    PHILIP M. HALPERN
                                                   United States District Judge