UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

EZZIAL WILLIAMS #23-R-1364,
        Plaintiff,

v.

DAVID FRYERMUTH,
        Defendant.
------------------------------------

> Plaintiff's time to file a letter explaining the nature and scope of the additional document demands and interrogatories that she seeks leave to file on Defendant is extended to September 23, 2025.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>       September 19, 2025

1. Plaintiff, Ezzial Williams, submits this request for permission from the Court to serve a Discovery Demand & Interrogatories upon Defendant.

2. Plaintiff did not know what she was doing on the onset of this matter. She has since obtained legal assistance from the prison law library clerk who will assist her in submitting a Discovery Demand & Interrogatories.

3. While the Court has given Plaintiff a lot of leeway in this case, Plaintiff asks the Court to consider the fact that she is a Pro-Se litigant who is completely ignorant as to matters of the Law, and as such, obtained assistance (who is not an attorney) from the prison law library in order to have a somewhat fair chance to litigate this matter.

4. No other application for the relief requested herein has been made to this Court.

WHEREFORE, Plaintiff respectfully requests that this Court give her permission to serve a Discovery Demand & Interrogatories on Defendant, and for such other and further relief as this Court Deems just and proper, In The Interest Of Justice.

Dated: July 19, 2025
       Sonyea, New York

                                    Respectfully Submitted,

                                    *Ezzial Williams* (signature)
                                    Ezzial Williams #23-R-1364
                                    Plaintiff, Pro-Se
                                    Groveland Corr. Facility
                                    P.O. Box 50
                                    Sonyea, NY 14556-0050

cc: Lisa M. Morgillo, ACA

Ezzial Williams #23-R-1364
Groveland Corr. Facility
P.O. Box 50
Sonyea, NY 14556-0050

August 14, 2025

*Copy*

ORANGE COUNTY DEPT. OF LAW
LISA M. MORGILLO, ACA
ORANGE COUNTY GOVERNMENT CENTER
255-275 MAIN STREET
GOSHEN, NY 10924

Re: Williams v. Freyermuth
    Docket: 7:23-cv-02156(PMH)

Dear Ms. Morgillo,

I am writing this letter to respectfully request a thirty (30) day extension in order to respond to your "DEFENDANT'S FIRST SET OF INTERROGATORIES" and "DEFENDANT'S FIRST DEMAND FOR DOCUMENTS" dated July 16, 2025.

My assistance John Hogan (witnessing below) has been given extra law library duties and also had an issue with placing me on a callout for the law library. These issues have since been rectified and I will have my answers to your Interrogatories and Discovery Demand by September 22, 2025. *(Please note that I received the papers on July 22, 2025).

I thank you in advance for your time and help in this matter.


Thank You,

John Hogan #97-B-0797
Assistant (Witness)
Groveland Corr. Facility
P.O. Box 50
Sonyea, NY 14556-0050

Thank You,

Ezzial Williams #23-R-1364
Plaintiff, Pro-Se
Groveland Corr. Facility
P.O. Box 50
Sonyea, NY 14556-0050

cc: Hon. Philip M. Halpern, USDJ

GROVELAND CORRECTIONAL FACILITY
P.O. BOX 50
SONYEA, NEW YORK 14556-0050

NAME: EZZIAL WILLIAMS    DIN: 23-R-1364    DORM: C-1-30

LEGAL MAIL

HON. PHILIP M. HALPERN, USDJ
UNITED STATES COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

RECEIVED
AUG 20 2025
PRO SE OFFICE

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: EZZIAL WILLIAMS

DIN: 04 R-1364