RECEIVED
AUG 20 2025
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EZZIAL WILLIAMS #23-R-1364,
Plaintiff,

v.

DAVID FRYERMUTH,
Defendant.

REQUEST FOR DISCOVERY DEMAND & INTERROGATORIES

DOCKET NO.: 23-CV-2156

1. Plaintiff, Ezzial Williams, submits this request for permission from the Court to serve a Discovery Demand & Interrogatories upon Defendant.

2. Plaintiff did not know what she was doing on the onset of this matter. She has since obtained legal assistance from the prison law library clerk who will assist her in submitting a Discovery Demand & Interrogatories.

3. While the Court has given Plaintiff a lot of leeway in this case, Plaintiff asks the Court to consider the fact that she is a Pro-Se litigant who is completely ignorant as to matters of the Law, and as such, obtained assistance (who is not an attorney) from the prison law library in order to have a somewhat fair chance to litigate this matter.

4. No other application for the relief requested herein has been made to this Court.

**WHEREFORE,** Plaintiff respectfully requests that this Court give her permission to serve a Discovery Demand & Interrogatorieson Defendant, and for such other and further relief as this Court Deems just and proper, In The Interest Of Justice.

Dated: July 19, 2025
Sonyea, New York

Respectfully Submitted,

Ezzial Williams #23-R-1364
Plaintiff, Pro-Se
Groveland Corr. Facility
P.O. Box 50
Sonyea, NY 14556-0050

cc: Lisa M. Morgillo, ACA

Plaintiff has failed to explain the nature and scope of the additional document demands and interrogatories that she seeks leave to serve on Defendant, despite being provided multiple opportunities to do so (Docs. 99, 100). Accordingly, Plaintiff's application for leave to serve additional document demands and interrogatories is denied.

The Clerk of Court is respectfully directed to terminate the pending motion sequence at Doc. 93.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
September 30, 2025

Ezzial Williams #23-R-1364
Groveland Corr. Facility
P.O. Box 50
Sonyea, NY 14556-0050

August 14, 2025

COPY

ORANGE COUNTY DEPT. OF LAW
LISA M. MORGILLO, ACA
ORANGE COUNTY GOVERNMENT CENTER
255-275 MAIN STREET
GOSHEN, NY 10924

Re: Williams v. Freyermuth
Docket: 7:23-cv-02156(PMH)

Dear Ms. Morgillo,

I am writing this letter to respectfully request a thirty (30) day extension in order to respond to your "DEFENDANT'S FIRST SET OF INTERROGATORIES" and "DEFENDANT'S FIRST DEMAND FOR DOCUMENTS" dated July 16, 2025.

My assistance John Hogan (witnessing below) has been given extra law library duties and also had an issue with placing me on a callout for the law library. These issues have since been rectified and I will have my answers to your Interrogatories and Discovery Demand by September 22, 2025. *(Please note that I received the papers on July 22, 2025).

I thank you in advance for your time and help in this matter.

Thank You,

[signature]
John Hogan #97-B-0797
Assistant (Witness)
Groveland Corr. Facility
P.O. Box 50
Sonyea, NY 14556-0050

Thank You,

[signature]
Ezzial Williams #23-R-1364
Plaintiff, Pro-Se
Groveland Corr. Facility
P.O. Box 50
Sonyea, NY 14556-0050

cc: Hon. Philip M. Halpern, USDJ

GROVELAND CORRECTIONAL FACILITY
P.O. BOX 50
SONYEA, NEW YORK 14556-0050

NAME: EZZIAL WILLIAMS DIN: 23-R-1364 DORM: C-1-30

GROVELAND CORRECTIONAL FACILITY
GROVELAND CORRECTIONAL FACILITY
SONYEA, NY 14556-0050

neopost 08/15/2025 US POSTAGE $000.74⁰ FIRST-CLASS MAIL IMI ZIP 14556

HON. PHILIP M. HALPERN, USDJ
UNITED STATES COURTHOUSE
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NY 10601

RECEIVED
AUG 20 2025
PRO SE OFFICE

LEGAL MAIL

10601$4150 C003

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: EZZIAL WILLIAMS DIN: 23 R-1364