UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EZZIAL L. WILLIAMS,

Plaintiff,

-against-

DAVID FREYERMUTH, et al.,

Defendants.

**ORDER**

23-CV-02156 (PMH)

PHILIP M. HALPERN, United States District Judge:

In light of the Court granting the parties' requested extension to July 7, 2026 for Defendant David Freyermuth to file a pre-motion letter seeking leave to move for summary judgment (Doc. 120), the case management conference scheduled for June 29, 2026 is adjourned *sine die*.

**SO ORDERED.**

Dated:    June 11, 2026
         White Plains, New York

_____
HON. PHILIP M. HALPERN
United States District Judge