# ORANGE COUNTY DEPARTMENT OF LAW


**RICHARD B. GOLDEN**
COUNTY ATTORNEY

**Carol C. Pierce**
*Deputy County Attorney*

Steven M. Neuhaus
County Executive

**Municipal Law Division**

TEL: 845-291-3150
FAX: 845-378-2374*

Kellie E. Lagitch *Chief Assistant – Litigation*
Matthew J. Nothnagle *Chief Assistant – Appeals*
Susan L. Whalan *Chief Assistant – Contracts*
Kelly M. Naughton *Chief Assistant – Local Municipal*

| | |
|---|---|
| Joseph F. Mahoney | Donna M. Badura |
| William S. Badura | Lia E. Fierro |
| Marina V. O'Neill | Lisa M. James |
| Stephanie T. Midler | Cedric A. Cooper |
| Dante D. De Leo | Jeanne N. Gilberg |

**Family Law Division**

*- Family Div.*
*le Justice*
Silva
d-McDermott
nundson
gillo
k


Application granted. The redacted transcript (Doc. 127-1) shall remain the publicly-filed version of the transcript, and the unredacted version (Doc. 128) shall remain under seal.

The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 127.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 26, 2026

*Via ECF Only*
Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

Re: **Ezzial L. Williams v. Freyermuth - Case No.: 7:23-cv-02156 (PMH)**
**Letter Motion to File Redacted Transcript**

Dear Judge Halpern:

This office represents Defendant, Officer David Freyermuth, in the above-captioned matter. Pursuant to Your Honor's *Individual Practices in Civil Cases*, Rule 5(B), Defendant submits this letter motion jointly with Plaintiff through her counsel (copied), seeking leave of the Court to file a redacted version of Plaintiff's deposition transcript as an exhibit to Defendant's motion for summary judgment, due filed October 30, 2026. The redactions would cover information identified by Plaintiff's counsel as confidential, as it relates to Plaintiff's medical history, including questions and answers regarding medical treatment and diagnoses. Per Your Honor's rules, a redacted version of the Plaintiff's deposition transcript is filed herewith, along with an unredacted version with the proposed redactions highlighted, which version is filed under seal.

We thank the Court for its consideration.

Respectfully submitted,

LIA E. FIERRO
Senior Assistant County Attorney

Encl.
cc: Christie McGuinness, Esq. (counsel for Plaintiff)
Seema Rambaran, Esq. (counsel for Plaintiff)